## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18–14654–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Amelia Brignola
  142 Liberty Way
  Deptford, NJ 08096

Social Security No.:
  xxx–xx–6851

Employer's Tax I.D. No.:

---

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

  Please be advised that Washington Crossing at Locust Grove First Resident the Brad Sadek, Esq in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 6/27/2018.

First Residential


Dated: June 28, 2018
JAN: kvr

                                        Jeanne Naughton
                                        Clerk