Steven P. Kelly, Esq.
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407
Cherry Hill, NJ 08034
Telephone: (609) 397-9200
Facsimile: (856) 667-1456

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## (CAMDEN)

| In Re: | Chapter 13 |
|---|---|
| Amelia Brignola | Case Number: 18-14654-JNP |
| Debtor(s) | Judge: Jerrold N. Poslusny, Jr. |
| | Hearing: April 2, 2019 at 10:00 am |

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO:

Amelia Brignola
142 Liberty Way
Deptford, NJ 08096

Brad J. Sadek, Esquire
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

     PLEASE TAKE NOTICE THAT on April 2, 2019 at 10:00 am or as soon as counsel may be heard, the undersigned, attorneys for creditor, HMC Assets, LLC solely in its capacity as Separate Trustee of Community Development Fund III Trust ("Creditor"), by its attorneys, Stern and Eisenberg PC, will move before the Honorable Jerrold N. Poslusny, Jr. in Courtroom 4C, United States Bankruptcy Court, 400 Cooper Street, Fourth Floor, Camden, NJ 08101, for an Order granting Creditor relief from the automatic stay provisions of the Bankruptcy Code; modifying, terminating and vacating the automatic stay pursuant to 11 U.S.C. §362 (d) with respect to real property located at (and known as) 142 Liberty Way, Woodbury, NJ 08096 (the "Property") in the Debtor(s)' possession and control.

Creditor's Motion shall also request that the Order granting the foregoing relief allow Creditor to proceed with process or other lawful action against Debtor(s) necessary to recover possession of the Property and to otherwise exercise all rights under State and Federal Law in and to the Property, including without limitation, the right to foreclose, sell or otherwise transfer the Property.  Creditor seeks to enforce its rights as more fully set forth in the mortgage and note dated 05/24/2013.  Creditor will rely on the attached Certification in Support of this Motion. Creditor further seeks that in the event the instant case is dismissed or otherwise terminated (without discharge) that the Automatic Stay arising under any subsequent filing within a year of such dismissal be limited to 30 days unless extended by Court Order.

      If you oppose the motion you must file a response within the time provided under the Rules of Bankruptcy Procedure and Local Rules. If you do not file a timely response then the requested relief may be entered without further hearing.

      Creditor will also request that the requirements of Rule 3002.1 should not apply to Creditor and Debtor(s) will not be considered current with Creditor at the conclusion of the instant case.

Respectfully Submitted:

By:    /s/  Steven P. Kelly, Esq.
          Steven P. Kelly, Esq.
          Stern & Eisenberg, PC
          Counsel for Movant

Date: March 6, 2019