UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVEN P. KELLY, ESQ.
COUNSEL FOR MOVANT
skelly@sterneisenberg.com
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407,
Cherry Hill, New Jersey 08034
Telephone: (609) 397-9200
Facsimile: (856) 667-1456

| | |
|---|---|
| In Re: | Case No.: 18-14654-JNP |
| AMELIA BRIGNOLA | Chapter: 13 |
| Debtor(s) | Judge: Jerrold N. Poslusny, Jr. |

## CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY
## (NOTE AND MORTGAGE 05/24/2013)

_Raymond Vandermark Jr._ employed as _First Vice President_ by BSI Financial Services, Inc. as servicer for HMC Assets, LLC solely in its capacity as Separate Trustee of Community Development Fund III Trust, hereby certifies the following:

Recorded on June 7, 2013, in Gloucester County, in Book 13610 at Page 237

Property Address: 142 Liberty Way, Woodbury, NJ 08096

Mortgage Holder: HMC Assets, LLC solely in its capacity as Separate Trustee of Community Development Fund III Trust

Mortgagor(s): Amelia Brignola

POST-PETITION PAYMENTS (Petition filed on 03/09/2018)

| Date | Amount | Date | | Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| 4/6/2018 | $1,200.00 | 04/01/2018 | | $1,182.63 | $17.37 | $17.37 | | $17.37 |
| 5/8/2018 | $1,200.00 | 5/1/2018 | | $1,182.63 | $17.37 | $17.37 | | $34.74 |
| 6/14/2018 | $1,200.00 | 6/1/2018 | | $3,182.63 | $17.37 | $17.37 | | $52.11 |
| 7/13/2018 | $1,182.63 | 7/1/2018 | | $1,182.63 | $0.00 | | | $52.11 |
| 8/15/2018 | $1,132.00 | 8/1/2018 | | $1,182.63 | -$50.63 | | $50.63 | $1.48 |
| 9/17/2018 | | Trustee Pmt | | | $0.00 | | | $1.48 |
| 10/10/2018 | | Trustee Pmt | | | $0.00 | | | $1.48 |
| 10/15/2018 | $1,182.63 | 9/1/2018 | | $1,182.63 | $0.00 | | | $1.48 |
| 10/24/2018 | $1,082.00 | | | $4,182.63 | -$100.63 | $1,082.00 | | $1,083.48 |
| 11/15/2018 | | Trustee Pmt | | | $0.00 | | | $1,083.48 |
| 12/15/2018 | | Trustee Pmt | | | $0.00 | | | $1,083.48 |
| 1/24/2019 | $1,182.00 | 10/1/2018 | | $1,182.63 | -$0.63 | | $0.63 | $1,082.85 |
| 2/11/2019 | | Trustee Pmt | | | $0.00 | | | $1,082.85 |
| | | | | | $0.00 | | | $1,082.85 |

Monthly payments past due:

| Missed Payments | From: | To: | Principal and Interest | Escrow (if applicable) | Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 4 | 11/01/2018 | 02/01/2019 | $717.37 | $465.26 | $1,182.63 | $4,730.52 |
| Less post-petition partial payments (suspense balance): | | | | | | $(1,082.85) |
| | | | | | Total as of 02/15/2019 : | $3,647.67 |

Each current monthly payment is comprised of:

    Principal & Interest   $717.37
    Escrow:               $465.26
    TOTAL              $1,182.63

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary): N/A

Pre-petition arrears: $35,045.54 per Claim 16-1 filed 05/18/2018.

I certify under penalty of perjury that the above is true.

Date: 02/28/2019

Signature

BSI Financial Services, Inc., servicer for HMC Assets, LLC solely in its capacity as Separate Trustee of Community Development Fund III Trust

*rev.8/1/15*

2