<pre>
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
</pre>

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Sadek and Cooper Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008
Attorney for Debtors

In Re:

Amelia Brignola

Case No.: _____18-14654_____

Judge: _____JNP_____

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by _____HMC Assets, LLC_____ , creditor,

   A hearing has been scheduled for _____April 2, 2019_____, at _10:00am_.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $ _____IN FULL_____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Debtor has provided proof of payment in full; however, proof was provided in a format that cannot be opened by electronic means. Debtor is resending proofs in correct format and same will be provided to movant upon receipt.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 3/25/2019                                                                     /s/ Amelia Brignola
                                                                                              Debtor's Signature

Date: _____                                    _____
                                                                                              Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.